IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRITTANY WATTS | )<br>)<br>) |
| Plaintiff, | ) Case No. 25-cv-00049<br>) |
| v. | )<br>) Hon. Sara Lioi, Chief Judge |
| BON SECOURS MERCY HEALTH, *et al.* | )<br>) JURY TRIAL DEMANDED<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S MOTION REQUESTING A
CONFERENCE TO ADDRESS DISCOVERY DISPUTES**

Pursuant to Local Rule 37.1, Plaintiff requests a conference with the Court to discuss discovery disputes about which the parties have reached impasse.

1. Plaintiff Brittany Watts had a miscarriage at home and arrived at the hospital later that day still losing blood. Personnel from the hospital ("Hospital Defendants") called the police and, Plaintiff alleges, falsely reported that Ms. Watts had committed a crime in connection with her miscarriage, which caused Ms. Watts to be prosecuted without probable cause. Later, while Ms. Watts was tethered to her hospital bed awaiting surgery, certain Hospital Defendants also participated in what Plaintiff alleges was an unconstitutional interrogation, in concert with law enforcement. Ms. Watts asserts that Hospital Defendants violated her Fourth, Fifth, and Fourteenth Amendment rights guaranteed by the United States Constitution, as well as various state and federal laws. Defendants' mindsets are squarely at issue in these claims.

2. To help prove her claims, Plaintiff sent discovery requests for Defendants' personnel files, including performance evaluations, training histories, disciplinary records, and medical credentials; and records of any investigations into Ms. Watts's treatment, among others.

1

Hospital Defendants produced one such audit that had a favorable outcome for them, but otherwise withheld all responsive records and complete personnel files, citing the peer review privilege.

3. The parties have made sincere, good faith efforts to resolve this dispute. Plaintiff explained in a letter and on a meet and confer that the peer review privilege does not apply in federal cases even if they have pendent state claims, and also that it applies only in narrow factual circumstances which are not present here. Plaintiff explained that the documents she requested are necessary for her to prove her federal constitutional claims. Plaintiff also believes Defendants have waived the privilege by producing the results of one audit that are favorable for the hospital. To withhold some documents under the privilege and produce others that are favorable is to use the privilege as a sword and a shield.

4. Defendants assert that the privilege does apply because this case has a medical malpractice component.

5. The parties exchanged case law and factual arguments, but were unable to reach agreement.

6. Accordingly, the parties request a conference with this Court to help resolve this dispute without a motion to compel.

Respectfully Submitted,
s/ Rachel Brady

*One of Plaintiff's Attorneys*
Rachel Brady
Julia Rickert
Renee Spence
Loevy + Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312.243.5900
Fax: 312.243.5902
brady@loevy.com

## CERTIFICATE OF SERVICE

I, Rachel Brady, hereby certify that on December 8, 2025, I caused a copy of the foregoing to be served on counsel of record listed below via electronic mail:

THOMAS A. PRISLIPSKY (0067623)
Reminger Co., LPA
950 Windham Court, Suite 200
Youngstown, OH 44512
(330) 744-1311
(330) 744-7500 - Fax
tprislipsky@reminger.com

PATRICK KASSON (0055570)
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
(614) 228-1311
(614) 232-2410
pkasson@reminger.com

JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
Mazanec, Raskin and Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 - Fax
jpinzone@mrrlaw.com
jeckart@mrrlaw.com
zanderson@mrrlaw.com

JAMES E. SANDERS (0022033)
City of Warren, Law Director
391 Mahoning Avenue, NW
Warren, OH 44483
(330) 841-2605
(330) 841-2906 - Fax
jsanders@warren.org

                                                          s/ Rachel Brady____
                                                          Rachel Brady