UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANY WATTS, | ) | CASE NO.: 4:25-CV-00049 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARA LIOI |
| | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF** |
| | ) | **TIME TO COMPLETE EXPERT** |
| BON SECOURS MERCY HEALTH, et al., | ) | **DISCOVERY** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Brittany Watts and all Defendants ("the parties") respectfully move this court for an extension of time to complete expert discovery. In support, the parties state as follows:

1. Per its text entry of December 23, 2025, this Court recently granted the parties a 45-day extension of time to complete fact discovery.

2. The parties neglected at that time to seek a corresponding extension of time to complete expert discovery.

3. Good cause exists for a commensurate extension of expert deadlines: the parties intend their experts to rely on information gathered in fact discovery, including records that have been requested but not yet produced, and at least four remaining depositions. Plaintiff cannot complete expert reports without this discovery.

4. Defendants require 30 days after Plaintiff discloses her expert reports to depose the experts and complete their own expert disclosures.

5. The parties are not seeking to change the deadlines for dispositive motions or trial.

Accordingly, the parties jointly request that this Court extend Plaintiff's expert discovery deadline to March 13, 2026; Defendants' expert response deadline to April 13, 2026; and expert discovery to close on May 13, 2026.

Respectfully submitted:

*s/ Rachel Brady*
JON LOEVY
JULIA RICKERT
RACHEL BRADY
RENEE SPENCE
TESS KLEINHAUS
Loevy + Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 – Fax
brady@loevy.com
*Counsel for Plaintiff*

*s/ Patrick Kasson*
PATRICK KASSON (0055570)
THOMAS N. SPYKER (0098075)
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
(614) 228-1311
(614) 232-2410
pkasson@reminger.com
tspyker@reminger.com

THOMAS A. PRISLIPSKY (0067623)
Reminger Co., LPA
950 Windham Court, Suite 200
Youngstown, OH 44512
(330) 744-1311
(330) 744-7500 – Fax
tprislipsky@reminger.com

*Counsel for Defendants Bon Secours Mercy Health, Mercy Health Youngstown LLC dba St. Joseph Warren Hospital, Connie Moschell, Fred Raines, Suzanne Zupko, Jordan Carrino and Parisa Khavari*

*s/ John D. Pinzone*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
Mazanec, Raskin and Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 - Fax
jpinzone@mrrlaw.com
jeckart@mrrlaw.com
zanderson@mrrlaw.com
*Counsel for Defendants City of Warren, Ohio and Nicholas Carney*

2