## AFFIDAVIT OF DR. MARSHALL CARPENTER

I, Marshall Carpenter, MD, being of lawful age and provide the following statements under oath:

1. I have been an obstetrician-gynecologist and specialist in maternal fetal medicine for over 40 years.

2. In 1972, I received my medical degree from the University of Pennsylvania.

3. In 1973, I completed an internal medicine internship at Tufts New England Medical Center.

4. In 1976, I completed a residency program in obstetrics and gynecology at Yale New Haven Hospital.

5. In 1978, I completed two years of service in the U.S. Navy in Newport, RI

6. In 1980, I completed my fellowship in maternal fetal medicine at Yale University.

7. I am board certified in obstetrics and gynecology and in maternal fetal medicine by the American Board of Obstetrics and Gynecology. I am licensed in Pennsylvania and New York in medicine and surgery.

8. I have published more than 100 articles on obstetrics and maternal fetal medicine in peer reviewed journals during my academic career at Women and Infants Hospital and Brown University School of Medicine.

9. I have also served on review committees for the National Institutes of Health.

10. As an obstetrician-gynecologist, I am familiar with the standard of care that obstetricians and gynecologists must provide to patients, including the applicable standard of care pertaining to the allegations contained in this Complaint. The relevant standard of care does not differ by state or hospital setting.

11.      I have reviewed all medical records available to Ms. Watts concerning the allegations contained in the Complaint, including Ms. Watts' medical records from September 19, 2023, through September 25, 2023. I have also reviewed the deposition of Dr. Parisa Khavari.

12.      Based on my review of Ms. Watts' medical records and the deposition of Dr. Khavari, it is my opinion that Dr. Khavari breached the standard of care when treating Ms. Watts by failing to provide proper medical treatment to Ms. Watts.

13.      This breach of the standard of care caused Ms. Watts to be injured as alleged in the Complaint.

Marshall Carpenter, MD

