UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANY WATTS, | ) | CASE NO.:  4:25-CV-00049 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | **OF DEFENDANTS CITY OF WARREN,** |
| BON SECOURS MERCY HEALTH, | ) | **OHIO, AND NICHOLAS CARNEY** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Defendants, City of Warren, Ohio, and Detective Nicholas Carney, by and through counsel, Mazanec, Raskin & Ryder, Co., L.P.A., and hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, for an Order granting them summary judgment and dismissing with prejudice Plaintiff's claims against them.  There exists no genuine issue of material fact and Defendants are entitled to judgment as a matter of law.  This Motion is supported by the attached Brief in Support and exhibits, all of which are attached hereto and fully incorporated herein.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/ Jillian Eckart*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
100 Franklin's Row - 34305 Solon Road
Cleveland, OH  44139
(440) 248-7906; (440) 248-8861 – Fax
Email:   jpinzone@mrrlaw.com
             jeckart@mrrlaw.com
             zanderson@mrrlaw.com

*Counsel for Defendant City of Warren, Ohio and Nicholas Carney*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, a copy of the foregoing Motion for Summary Judgment of Defendants City of Warren, Ohio and Nicholas Carney was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Jillian Eckart*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)

*Counsel for Defendants City of Warren, Ohio and Nicholas Carney*
