| STATE OF OHIO | ) | |
|---|---|---|
| | ) | AFFIDAVIT OF ERIC LAPROCINA |
| COUNTY OF TRUMBULL | ) | |

Now comes Eric Laprocina, who being first duly sworn according to law, deposes and states the following:

1.      I am over 18 years of age, sound mind, and capable of making this Affidavit.

2.      I have personal knowledge of all matters contained in this Affidavit and they are true and correct.

3.      I am a Detective Sergeant employed by the City of Warren Police Department and was so employed in September 2023.

4.      In the ordinary course of my duties and responsibilities as a Sergeant, I am responsible for uploading evidence into the crime scene server, which is a Warren Police Department server used to hold evidence related to investigations, including recordings, photographs, and documentation.

5.      In September 2023, following his recorded interview with Plaintiff Brittany Watts, Detective Carney provided me with his recorded interview of Watts from September 22, 2023, which I uploaded into the police department's crime scene server. A true and accurate copy of Detective Carney's September 22, 2023, recorded interview, File Name [2023_09_22_15_18_04.mp3] Pltf (TC) 000233, is attached hereto as Exhibit 1.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7.

FURTHER AFFIANT SAYETH NAUGHT.

_____

ERIC LAPROCINA

SWORN TO BEFORE ME, _Thaddeus Stephenson_ and subscribed in my presence on

_8 - 5_____, 2026.

THADDEUS STEPHENSON
Notary Public, State of Ohio
My Commission Expires February 27, 2027

NOTARY PUBLIC