UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANY WATTS, | ) | CASE NO.: 4:25-CV-00049 |
| | ) | |
| Plaintiff, | ) | JUDGE:  SARA LIOI |
| | ) | |
| vs. | ) | **NOTICE OF MANUAL FILING OF** |
| | ) | **EXHBIT 1 TO ERIC LAPROCINA** |
| BON SECOURS MERCY HEALTH, | ) | **AFFIDAVIT ATTACHED AS EXHIBIT 1** |
| et al., | ) | **TO DEFENDANTS' MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendants. | ) | |

Now come Defendants, City of Warren, Ohio and Nicholas Carney, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby gives notice of the filing with the Clerk of the United States District Court, Northern District of Ohio, that Defendants have manually filed a thumb drive of Exhibit 1 to the Affidavit of Eric Laprocina attached to Defendants' Motion for Summary Judgment as Exhibit 1.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/ Jillian Eckart*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jpinzone@mrrlaw.com
            jeckart@mrrlaw.com
            zanderson@mrrlaw.com

*Counsel for Defendant City of Warren, Ohio and*
*Nicholas Carney*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, a copy of the foregoing Notice of Manual Filing of Exhibit 1 to Eric Laprocina Affidavit was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Jillian Eckart*

JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANY WATTS, | ) | CASE NO.:  4:25-CV-00049 |
| | ) | |
| Plaintiff, | ) | JUDGE:  SARA LIOI |
| | ) | |
| vs. | ) | **MANUAL FILING OF EXHIBIT 1 –** |
| | ) | **FLASH DRIVE TO AFFIDAVIT OF** |
| BON SECOURS MERCY HEALTH, | ) | **ERIC LAPROCINA** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Defendants, City of Warren, Ohio and Nicholas Carney, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby manually files the flash drive of Exhibit 1 to Affidavit of Eric Laprocina.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

_____
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jpinzone@mrrlaw.com
         jeckart@mrrlaw.com
         zanderson@mrrlaw.com

*Counsel for Defendant City of Warren, Ohio and
Nicholas Carney*

3