IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

JUDGE SARAH LIOI

BRITTANY WATTS,

      Plaintiff,

vs.                           CASE NO.: 4:25-CV-00049

BON SECOURS MERCY HEALTH, ET AL.,

      Defendants.

DEPOSITION OF

TRACI TIMKO

MARCH 25, 2026

4:16 P.M. ET

In-person Proceeding

Reminger Co., LPA

950 Windham Court, Suite 200

Youngstown, Ohio 44512

Ellina DeLillo, 2025-RE-885927

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

knowledge on?

A. I don't think so.

Q. Okay.

A. I think that I have knowledge.

Q. Okay. Let's kind of go through them.

A. Yes.

Q. Well, let's stop again. Your background, tell me if I've got it right. You were a city prosecutor for a period of time?

A. I was.

Q. How long was that?

A. From 2001 until 2023, so 22 years.

Q. Okay. And then you left and had a private law practice?

A. Briefly. Yes.

Q. And that's when Ms. Watts had you?

A. Correct.

Q. And now you're a supervisor at the public defender's office?

A. Well, in between there --

Q. Okay.

A. -- I went back to the city.

Q. Okay.

A. I was employed back to the city for a bit, and then I left to the public defender's office.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

sole decision maker with respect to issuing a charge of abuse of corpse against Brittany Watts?

A. I believe that, yes.

Q. And would that be based on your experience as a lawyer and prosecutor?

A. Yes.

Q. And I think you had kind of initially outlined the process that results in a felony charge. And it sounded like initially the police officer or detective brings information to a prosecutor, correct?

A. Yes.

Q. And then based on that information, the prosecutor is the one that makes the decision to charge, correct?

A. That's correct.

Q. My understanding, though, is at that point, the prosecutor instructs the police officer or the detective to fill out and submit the complaint that the charge -- based on the charge that the prosecutor has determined?

A. Yeah, that's correct. The prosecutor is approving the charge for the detective to file. Yes.

Q. Got it. All right. Okay. So I think you mentioned this is a sticky legal issue with this abuse of corpse charge, and it sounded like it intertwined

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case: 4:25-cv-00049-SL Doc #: 113-7 Filed: 08/07/26 4 of 10 PageID #: 6311
The Deposition of TRACI TIMKO, taken on March 25, 2026

98

both some legal issues and certain understandings of medical determinations.  Would you agree with me about that?

A.  Abuse of corpse is a very vague statute that presents legal challenges, yes.

Q.  And you would agree with me that you wouldn't expect a detective such as Detective Carney to have an understanding as to those legal issues with respect to an abuse of corpse charge, correct?

MS. RICKERT:  Object to the form of the question.

THE WITNESS:  Yeah.  So as a general rule, that is something that would be up to the prosecutor to point out.  I think we're going there, but in Detective Carney's case, that's -- it -- it's an issue that he was familiar with from previous dealings.  At least from my perspective. I mean, he -- he -- he had --

BY MR. PINZONE:

Q.  Sure.

A.  We had handled another charge like that where those issues were brought up.

Q.  So he might have had some preexisting knowledge about the abuse of corpse charge, correct?

A.  Correct, yes.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Q.   Right.  But that doesn't make him -- it doesn't give him any authority to make a determination as whether a legal -- whether an abuse of corpse charge would be brought, correct?

A.   No, it -- that remains at the hands of the prosecutor.  That's correct.

Q.   And the prosecutor could have also decided that he was not going to bring the abuse of corpse charge against Ms. Watts; is that correct?

A.   He could have, yes.

Q.   Okay.  Do you have any personal knowledge about any communications that would've happened between Mr. Blair and Detective Carney as part of that process?

A.   I don't.

Q.   All right.  And my understanding is there was available -- as far as some of the evidence involved with Ms. Watts, there was a written report and a tape-recorded interview, correct?

A.   I -- I -- those things do exist, yes.

Q.   Did you have an opportunity to review both the written report and the taped interview?

A.   I did at the time of this hearing.  I haven't reviewed them again recently, but yes.

Q.   I'm not going to challenge your memory too much on either of those --

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case: 4:25-cv-00049-SL Doc #: 113-7 Filed: 08/07/26 6 of 10. PageID #: 6313
The Deposition of TRACI TIMKO, taken on March 25, 2026

100

A.   Yeah.  Good.  Thank you.  Because it's not great.

Q.   Okay.  But if I understand correctly, you would've had an opportunity to listen to the interview and read the report prior to the preliminary hearing, correct?

MS. RICKERT:  Objection to foundation.

THE WITNESS:  Correct.

BY MR. PINZONE:

Q.   What you did recall about the -- or at least what Brittany was complaining about with the interview with Detective Carney and Nurse Moschell was that they were acting friendly to her, but she believed that they had an ulterior motive.  Was that her concern with that interview?

A.   Yes, and that she was being interviewed in the health condition that she was in.  She also took issue with that.

Q.   Okay. Did -- when you listened to that interview, did you ever hear Detective Carney raise his voice towards Brittany?

A.   No.

Q.   At any time, did he threaten Brittany?

A.   No.

Q.   Did at any time, Brittany, during that

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

form.

THE WITNESS:  I -- I did take some issue with part of it.  At the end of his testimony or at -- at -- during his testimony he dug in and was pulled back in on this is abuse of a corpse and -- and -- and he's testifying as an investigator, but -- and he -- I asked him if he had to do -- I -- I believe my question was, "If you had to do it over again, would you do the same thing?"  And he said, "Yes, he would."  And I had an issue with that because I knew that he told me, I shouldn't have done it.  Dr. Sterbenz told me I shouldn't have done it.  He asked the prosecutor to dismiss it.  So I took issue with that, but that was more of a -- yeah.

BY MR. PINZONE:

Q.   And that was based on your prior telephone conversation with him, I take it?

A.   Correct.

Q.   Anything else that you would've taken issue with during that preliminary hearing in Detective Carney's testimony?

A.   It -- it -- that was what we got.  I mean, when you say take issue of, I -- I didn't agree --

Q.   From a factual standpoint.  From the facts that he presented, did you take issue with any of the

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case: 4:25-cv-00049-SL Doc #: 113-7 Filed: 08/07/26 8 of 10 PageID #: 6315
The Deposition of TRACI TIMKO, taken on March 25, 2026

109

facts that he presented?

A. I did not. I did not.

Q. Backing up real quick, and I think I'll be done. Under the circumstances and the information provided to Detective Carney, would you have expected him to question Brittany to try to determine where the baby was?

A. Can you say that over again from the beginning? I'm sorry.

Q. Sure. Based on the information provided to Detective Carney by Nurse Moschell, prior to his interview with Brittany Watts, would you have expected him to -- and I'll put this in the negative, would you have expected him to just leave that situation and not speak with Brittany?

MS. RICKERT: Objection to foundation.

THE WITNESS: So based upon the information he was provided, and I -- I guess the question being what information he was provided. If he was provided with information that this was fetal remains that weren't delivered to the hospital, I would not expect him to talk to Brittany. There's nothing to talk to Brittany about. But I guess we -- if we can clarify what information you are saying he had at that point in time.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case: 4:25-cv-00049-SL Doc #: 113-7 Filed: 08/07/26 9 of 10 PageID #: 6316
The Deposition of TRACI TIMKO, taken on March 25, 2026
116

Q.   Okay.  So as a practical matter, the standard --

A.   As a practical matter, the grand jury is going to make a closer call for probable cause than a municipal court in most circumstances.

Q.   Okay.  So the grand jury is assessing probable cause, correct?

A.   Grand jury also assesses probable cause, yes. Same standard.  Yes.

Q.   Okay.  And so do you know when you listened to the recording prior to the preliminary hearing?

MS. RICKERT:  Oh, and Ellina, could you let Rachel in?  I'm sorry.  She's in the waiting room, I think.

THE WITNESS:  I -- my best guess would be about two weeks before the preliminary hearing.  It did not happen the week of the preliminary hearing. It was before that, but I -- I want to say about two weeks before that.

BY MS. RICKERT:

Q.   Okay.  So -- okay.  You talked about your perception of Brittany when you were meeting with her and she was telling you about her hospital experience. You said she didn't use the word trauma, but was it your impression, from speaking to her, that she had been

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

CERTIFICATE OF REPORTER

STATE OF OHIO

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.



ELLINA DELILLO,

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES: 03/21/2027

SUBMITTED ON:  03/31/2026

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com