IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

**EXHIBIT C**

BRITTANY WATTS,

    Plaintiff,

vs.                                    CASE NO.: 4:25-cv-00049

BON SECOURS MERCY HEALTH;

MERCY HEALTH YOUNGSTOWN LLC

D B A ST. JOSEPH WARREN

HOSPITAL; et al.,

    Defendants.

DEPOSITION OF SUNNIE HUDAK

February 25, 2026

1:19 p.m. (ET)

Remote Proceeding

Allison Wolff, 2021-RE-834650



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SUNNIE HUBAR, taken on February 25, 2020
35

care because that's, like, physician, but you know what I mean. I'd be the main nurse that people would come to if she -- if there was question about, you know, something she needed or wanted to do or whatever.

Q. Right. Okay. So -- and you would be the nurse who would make sure that things were followed up on and that kind of thing?

A. Yeah.

Q. Okay. So where was Dr. Khavari's office in relation to the hospital?

A. It's just located, like, right behind the hospital diagonally. It's probably not even -- not even like a -- it's probably a few hundred yards away from the hospital.

Q. Okay. So very close?

A. Yes.

Q. So how long was it between when you learned that Dr. Khavari's office had called and Brittany Watts actually arrived in -- on your floor?

A. I think it was only a few minutes. I don't think it was an extended amount of time at all.

Q. Okay. And what do you remember about your first encounter with Brittany Watts?

A. I just remember taking her down, like I would typically do, to her room. Getting her to the bathroom,

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

getting her changed into a gown, doing her urine sample, looking at her pad that she had had on, getting her into bed, doing her vital signs, doing a Doppler on the baby, taking her H&P. Doing her labs, putting an IV in. Doing her -- you know, getting fluids started, and then just kind of assessing what -- how she was feeling, what she was experiencing, and kind of confirming what I had heard, you know, the things that -- the information we were given over the phone, you know, just going over that general -- those general things. That's the first things that I would remember.

Q. Okay. And pardon my ignorance. What is HNP?

A. Oh. H&P is, like, history and physical, so it's just -- it's in the computer going over, like, your allergies and, you know, like, your, you know, medical history, things like that.

Q. I see. So H&P; is that...

A. Yeah, H&P. I'm sorry.

Q. No, no, no. Thank you. Okay.

You mentioned that you received some information when -- from Dr. Khavari's office before you actually encountered Brittany. What was that information?

A. I can't remember all of it, but I know that they had informed us that she was coming in with an

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

A.   I don't know that she did.  I don't recall her doing that, but it's -- it is possible.  I can't recall the exact, like, sequence of whether she -- you know, did she hang up and ask Angelina first or -- and then call me back or if we just stayed on the phone. I -- I cannot remember that part.

Q.   Okay.  And did you -- did you then call Brittany?

A.   Yes, I did.

Q.   And did you speak with her?

A.   I did, yeah.  So I called her --

Q.   Hold on one second.

Do you know what time this was?

A.   I think it was, like, 10:40-something.  I don't remember the exact time, but 10:41 sticks out in my head, something like that.  But that's -- that's all that I can remember is it was, like, 10:40-something.

Q.   Okay.  And tell me about that conversation.

A.   So I called.  I rang a couple of times, she answered.  I said, Hey, it's Sunnie.  I heard that you had reached out to the unit and wanted to talk to me. What's going on?  What's up?

And she said that she had delivered the baby at, like, 5:00-something that morning.  I think it was, like, 5:45, or something of the sort, that morning.  And

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

I said, Oh.  Okay.  Is the baby there with you now?  And she said, No.  I flushed it down the toilet.  I said, Okay.  So how about you?  How's your bleeding?  And she was describing it to me.  I don't remember what words she used, but it wasn't -- it didn't sound like a significant-significant amount, but obviously I knew that there was opportunity for that, so I said, Okay. Did you see anything come out with the baby?  She said, No, but there is something hanging out of me right now. And I said, Okay.  It sounds like maybe the placenta is still in, and that's the umbilical cord, so you need to go to the hospital immediately.

And I kind of reiterated to her all the things that we talked about before, like you're at risk for bleeding, you're at risk for infection, we don't know, you know, if Baby was, you know, decaying inside of you, we don't know, like, how long your water's been broken. We don't know all these things, so you need to go to the hospital now, and as long as the placenta's in, you're still even more at risk for bleeding.  So you gotta go. And she said, okay, that she would.

So then I told her, if it was okay, that I would call the hospital, let them know that she would be coming soon.  She was agreeable to that.

Trying to think if there was anything I left

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com