Jessica Gelsomino MSN BSN NE BC
June 09, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



- - - - -

BRITTANY WATTS,                      ) Case No.
                                     ) 4:25-cv-0049
          Plaintiff,                 )
                                     )
 v.                                  ) Judge Sara Lioi
                                     )
BON SECOURS MERCY HEALTH, et  )
al.,                                 )
                                     )
          Defendants.                )

- - - - -

Video Deposition of:
JESSICA GELSOMINO, MSN, BSN, NE-BC

June 9, 2026
10:02 a.m.

Location: Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio

Stephen J. DeBacco, RPR

Jessica Gelsomino MSN BSN NE BC
June 09, 2026

A.    Oh, I'm sorry.  On top.

Q.    Yes.

A.    Yes, uh-huh.

Q.    When a patient is in the labor and delivery department, have you ever heard that there are two patients?

A.    Yes.

Q.    Okay.  Patient is mom, patient is the baby?

A.    Correct.

Q.    So do you agree that nurses have a responsibility to advocate for the baby, the second patient?

A.    Yes, I believe that nurses have the -- yes, they need to be advocating for both patients and ensuring the safety of.

Q.    And you were aware that Ms. Watts testified that she wanted the baby?

A.    Yes.  She -- from my und- -- from recollection, I hope I'm saying this right, she from -- if the pregnancy was progressing normally, she would have kept the pregnancy.

Q.    And that she wanted -- and she testified under oath that she wanted everything done to save the baby?

Jessica Gelsomino MSN BSN NE BC
June 09, 2026

Q. Do you know if University Hospitals will induce a second trimester pregnancy when the baby has a heart rate?

A. I cannot speak to that.

Q. And in terms of Dr. Stewart's testimony, do you recall him testifying that he knew that even if the chain of command was not activated, that an ethics consultation in this case for Ms. Watts was absolutely necessary?

A. Yes. He was very clear about that.

Q. And even if Dr. Stewart did not believe an ethics consultation was necessary, it is when the -- it is within the purview of a nurse to request an ethics consultation?

A. Yes. Always.

Q. So you do not fault the nurses for activating the chain of command, correct?

A. Yeah --

MS. KLEINHAUS: Objection to form --

Q. You do not --

MS. KLEINHAUS: -- I'm sorry, as to whether ethics is part of the chain of command.

Go ahead.

MR. PRISLIPSKY: No, I didn't -- that wasn't my question.

Jessica Gelsomino MSN BSN NE BC
June 09, 2026

Q.    You don't fault the nurses for activating the chain of command, correct?

A.    Correct.

Q.    And you don't believe it was inappropriate for ethics to get involved, correct?

A.    I do not think it was inappropriate for ethics to be consulted and involved.

Q.    Do you know any relative contraindications to induction of a mom who's 22 weeks with a possible placental abruption?

A.    It isn't -- this is not my clinical expertise, but I do know that inducing, especially based on the testimony with, it can -- you are inducing a pregnancy, so then other risks of labor and delivery go along with that.

Q.    Do you know whether it's contraindicated to do a serial vaginal examination, sterile vaginal examinations, for a possible placental abruption?

A.    I cannot speak to that.

Q.    And one of the things, it's your understanding in this case, is that the nurses were concerned about the viability -- strike that.