LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



# KENTUCKIANA
## —— COURT REPORTERS ——

**EXHIBIT**

**G**

# CASE NO. 4:25-cv-00049

# BRITTANY WATTS

# V.

# BON SECOURS MERCY HEALTH, ET AL.

# DEPONENT:

# ANGELINA RECHICHAR

# DATE:

# MARCH 24, 2026



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

☎ 877.808.5856 │ 502.589.2273

www.kentuckianareporters.com

A.   I do have independent memory of that.

Q.   Okay.  All right.  So you said you reviewed some records from September 19th, 2023.  You were working that day?

A.   I was.

Q.   Okay.  And did you provide any care to Ms. Watts on that day?

A.   I did not.

Q.   Okay.  And then you said you reviewed records from September 20th.  You were working that day, right?

A.   Yes.

Q.   Okay.  And did you provide any care to Ms. Watts on that day?

A.   On the back end, not personal care.

Q.   Okay.  What do you mean on the back end?

A.   I made the conversations with some physicians. I spoke to ethics.  I went ahead and placed the ethics consult under Dr. Khavari.

Q.   Okay.  Did you interact with Ms. Watts at all?

A.   No, never.

Q.   Were you ever in her room or anything like that?

A.   No.

Q.   Okay.  And then, Ms. Watts was back at the hospital on September 22nd, 2023.  Did you encounter her



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 4:25-cv-00049-SL Doc #: 114-7 Filed: 08/07/26 3 of 8. PageID #: 6454
The Deposition of ANGELINA RECHICHAR, taken on March 24, 2026

29

I found in the chart, I escalated it up.

Q. Understood. Okay. So about how long did that meeting last?

A. Not long. I want to say about ten minutes, if that.

Q. Okay. And at that point, what was the next step? Yeah, what came of the meeting?

A. What do you mean? Like with the nurses, what was the next step or what did I do next?

Q. What did you do next?

A. From that, I reviewed the chart. And then I called Dr. Khavari and I told her that I think we need an ethics consult.

Q. Okay. And did you get a hold of Dr. Khavari?

A. Yes.

Q. Okay. And what did she say when you said that you thought there should be an ethics consult?

A. She said, okay. Do what you need to do.

Q. And would I did you think that an ethics consult was the appropriate next step?

A. Because it's the nature of the situation. That's -- that's why I decided that that was going to be the next step.

Q. Okay. And what nature of the situation are

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 4:25-cv-00049-SL Doc #: 114-7 Filed: 08/07/26 4 of 8, PageID #: 6455
The Deposition of ANGELINA RECHTCHAR, taken on March 24, 2026

30

you referring to?

A. We had a mom who came in. She had a baby with a heart rate. It was showing that the heart rate was 170 when Elaine checked it. Mom did not have any clinical indicators that were showing any signs of infection or issues or problems. I had three staff members come to me and say, are we doing the right thing here for the patient. So I need -- I wanted the next step. I mean, we're -- we have the ability to request an ethics consult at any time we want to, so that was my next step of I think we need an ethics consult here.

Q. Okay. And when the nurses inquired about whether they were doing the right thing for the patient, who were they referring to, which patient?

MR. PRISLIPSKY: Objection. Speculation. Go ahead, you can answer.

THE WITNESS: Ms. Brittany Watts.

BY MS. BRADY:

Q. And so you took a look at her chart, and at that point, had Dr. Stewart already written -- already done his consult and written his thoughts in a note?

A. I'm not sure. Yeah, I'm not sure.

Q. Okay. And in her chart, did you see Dr. Khavari's conclusions from the previous day that there had been an placental abruption, there was no

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

amniotic fluid and she could see the fetal hair?  Did you see all that in the chart?

MR. PRISLIPSKY:  Objection to form. Foundation.  You can answer.

THE WITNESS:  Okay.  To be honest with you, I don't know what-all I reviewed in that moment.  I know that I reviewed her vitals.  I know that I reviewed notes, but specifics, I don't really know specifics.  I want to say yes, that Dr. Stewart's note could have been in there.  I almost feel like it had to be at that point because why would I make this, you know, decision to do an ethics consult.

BY MS. BRADY:

Q.  Okay.  So at the time you had that meeting, there had been potentially two doctors who were saying this induction is clinically indicated because there's an abruption and there's no amniotic fluid.  And you be said, I have a concern or you thought there's a concern here so you contacted Dr. Khavari and said, I think we need to do an ethics consult, right?

A.  Yes.

MR. PRISLIPSKY:  Objection.

BY MS. BRADY:

Q.  Did she say anything else on that conversation?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 4:25-cv-00049-SL Doc #: 114-7 Filed: 08/07/26 6 of 8. PageID #: 6457
The Deposition of ANGELINA RECHICHAR, taken on March 24, 2026

39

Q. Okay. And who -- where did you -- strike that. Who was concerned that this was an abortion?

MR. PRISLIPSKY: Objection to form. Go ahead.

THE WITNESS: As I stated before, the patient came to the desk, per Elaine, stating that I'm here for my abortion.

BY MS. BRADY:

Q. Okay. So the reason you spoke with ethics about this was because you were concerned that the patient believed that she would be getting an abortion?

A. Yes.

Q. Okay. Was there any concern among any of the nurses who you talked to earlier that day that this was an abortion?

A. Per conversation in my office, that concern was raised stating are we doing an abortion or are we doing an induction? There's -- I mean there's -- an induction is to make sure that mom is safe and to make sure that, you know, everything's here and an abortion is ending -- ending a pregnancy. In performing an induction in the knowledge of ending that pregnancy. Does that make sense?

Q. Yes. I think so. Do you remember which of the nurses you were speaking with had the concern that -- or wanted to know whether -- wouldn't discuss whether

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 4:25-cv-00049-SL Doc #: 114-7 Filed: 08/07/26 7 of 8. PageID #: 6458
The Deposition of ANGELINA RECHICHAR, taken on March 24, 2026

42

I received the first note?

Q. Yes.

A. That's what she told me. She said, no, we are not performing an abortion here. This is not for the -- this is not for the patient requesting an abortion. This is based off of the notes that I have reviewed. If this is going to save Mom's life then this is what we need to be doing.

Q. I see. Was there a concern from you or anyone in the nursing staff that Ms. Watts believed that this was an abortion?

MR. PRISLIPSKY: Objection. You can answer.

BY MS. BRADY:

Q. Regardless of whether it is?

A. I mean when -- when someone comes in saying I'm here for my abortion there is a thought of belief here.

Q. And was that concerning to you or did any of the nurses express that they were concerned about that?

MR. PRISLIPSKY: Objection to form. And I think it gets close to the court's order about her personal beliefs, but I'll allow her to answer it.

THE WITNESS: I mean, I think we've discussed this a couple times here, where, yes, it obviously was a concern of my staff.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 4:25-cv-00049-SL Doc #: 114-7 Filed: 08/07/26 8 of 8 PageID #: 6459
The Deposition of ANGELINA RECHICHAR, taken on March 24, 2026

43

BY MS. BRADY:

Q. Why was it concerning?

A. Because we're a Catholic hospital and we don't support abortions just because a patient comes in and says they want one.

**Q. Okay. Was it -- so you-all wanted to discuss whether this procedure was in fact an abortion. Did it matter to you whether Brittany Watts thought it was an abortion, even if it wasn't?**

MR. PRISLIPSKY: Objection to form. Go ahead, you can answer. Again, same objection about the court's order, but you can answer.

THE WITNESS: Can you ask that question one more time.

BY MS. BRADY:

**Q. Yeah. So the procedure was not an abortion. Did anyone just tell Brittany Watts this isn't an abortion and that --**

MR. PRISLIPSKY: Objection to form. Foundation. Go ahead. Answer.

THE WITNESS: I believe Elaine told her we don't do that here. I mean, when she said I'm here for my abortion, I believe Elaine said, we don't do that here. Because that's when Elaine -- when I first heard about this whole thing, that's what

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com