IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

HON. JUDGE SARA LIOI

BRITTANY WATTS,

Plaintiff,

vs.                          CASE NO. 4:25-CV-00049

BON SECOURS MERCY HEALTH;

MERCY HEALTH YOUNGSTOWN LLC

D/B/A ST. JOSEPH WARREN

HOSPITAL; ET AL.,

Defendants.

DEPOSITION OF

DEANNA FORD

JANUARY 30, 2026

11:08 a.m. (ET)

Remote Proceeding

Madison Books, 2022-RE-856045

**EXHIBIT**

**I**



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

evidence.

Go ahead.  You can answer.

THE WITNESS:  No.

BY MS. BRADY:

Q.   Okay.  What was the disposition, that final ethics recommendation in Brittany Watts' case?

A.   So in summary, and per my note, if the doctors felt the need to treat her via an induction that was under their assessment, if you will, and that the ethical and religious directives do not say there is a problem with that.

The ethical direct -- you know, there's a -- there is a support, if you will, if a physician assesses that they need to act or treat in a way that there's no ethical issue with it, per se.

It's not necessarily specific.  It's just that that's what the physicians are permitted to do under the ethical guideline.

Q.   Okay.  So your job in reviewing an ethics consultation is to determine whether a doctor's proposed course of treatment is -- runs afoul of the ethics directives; is that right?

MR. PRISLIPSKY:  Objection to form.  You can answer.

THE WITNESS:  It can.  Runs afoul?  Well --

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com