Docusign Envelope ID: 9DEACEF3-09BF-8255-8017-E68113A9288A



**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRITTANY WATTS, )<br><br>Plaintiff, )<br><br>v. )<br><br>BON SECOURS MERCY HEALTH; )<br>MERCY HEALTH YOUNGSTOWN )<br>LLC D/B/A ST. JOSEPH WARREN )<br>HOSPITAL, *et al.*, )<br><br>Defendants. ) | Case No. 4:25-CV-00079<br><br>Hon. Judge Sara Lioi<br><br>Magistrate Judge Amanda M. Knapp |

---

### DECLARATION OF PARISA KHAVARI, M.D.

---

I, Parisa Khavari, M.D., on this 7th day of August 2026, declare upon personal knowledge and under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      On September 20, 2023, I intended to order an induction of labor for Ms. Watts. I needed to obtain informed consent and perform an exam before ordering the induction. Ms. Watts needed to fully understand the risks and consent.

2.      I could not meet with Ms. Watts to obtain consent, examine her and order the induction that afternoon because I was operating. Having reviewed surgery documents, I have refreshed my recollection of the fact that I was in surgery and the approximate times I was there.

3.      I had patients earlier in the day. From about 2:15 p.m. until about 6:15 p.m., I was in an extensive surgery with a patient. It was a surgery which I could not step away from and leave the operating room. In my deposition I was unclear on the time of the phone calls and speculated about the times, but the fact that I was in surgery suggests that the calls were likely after this surgery.

1

4.      When the surgery was completed, and I had performed the necessary post-surgical tasks, I then proceeded to Ms. Watts' room to have a conversation with Ms. Watts about induction, examine her and to obtain her informed consent to begin the induction.

5.      I arrived at Ms. Watts's room sometime around 7:00 p.m., but she had already left the hospital. Had she not, I would have reviewed the risks, what would occur with the induction and would have examined her including a pelvic exam. Had she consented and there were no contraindications, I would have then ordered the induction.

6.      The time it takes for an induction to effect delivery is always variable. It can occur in an hour, or it can take 24 hours or longer.  A delivery usually does not happen immediately once an induction is ordered. Retrospectively, because Ms. Watts did not deliver her baby for more than 30 hours after she left St. Joseph Warren Hospital on September 20, 2023, her delivery would not have been immediate if she had agreed to the induction on September 20, 2023.

7.      Had Ms. Watts not left the hospital, she would have received an induction around 7 p.m. She would have likely given birth in the next 24 hours—in the hospital—if she stayed.

**FURTHER, DECLARANT SAYETH NAUGHT**

Signed by:

2AEF0450B4C84A0...

Parisa Khavari, M.D.