

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

**KENTUCKIANA**
— COURT REPORTERS —



EXHIBIT
**K**

# CASE NO. 4:25-cv-00049

# BRITTANY WATTS

# V.

# BON SECOURS MERCY HEALTH, ET AL.

# DEPONENT:

# JORDAN CARRINO

# DATE:

# DECEMBER 11, 2025



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273



68

there.  So she just said, I -- she was just, you know, kind of trying to ride it out, see how I felt.  And then she said she went in the bathroom and said she -- I had it and everything, is what she told --

Q.   Okay.  And did she give you any details about what that meant?

A.   Yes.  We talked about -- she said -- and I -- and I documented in my chart, she said that she didn't hear it or see -- see anything move, that she had gotten in the shower, cleaned herself up, got back out of the shower.  We talked about, you know, how much bleeding she had, kind of give me an idea of, you know, what had occurred.  I asked her if she had cut any umbilical cord or anything, like, if she, you know, had any big clot, anything like that come out.  And she said, no.  I know. I didn't cut anything.  I did have some blood.  I believe she told me the amount of bleeding she had, based off of -- she was using, like, adult diapers.  Ms. Watts told me that she placed the fetus in a bucket and put it by a shed in her backyard and that she went and got her hair done and was at her hairdresser's and was not feeling well and then came to the hospital.

Q.   So -- okay.  So she -- when you say that she said -- well, you said she said that she saw no movement, right?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

the medical records.

Do you see this note?

A.   Yes.

Q.   Is this a note that you reviewed in preparation for this deposition?

A.   Yes.

Q.   And is -- were you aware on 9-22-23 that Ms. Moschell was contacting Risk Management?

A.   Sorry, I'm just reading.

MR. PRISLIPSKY:  Can you blow that up just a little bit more, please?

THE WITNESS:  I know.  It's very far away.

BY MS. RICKERT:

Q.   Oh, I'm sorry.

MR. PRISLIPSKY:  Oh, wait.

THE WITNESS:  Oh.

MR. PRISLIPSKY:  Little bit less.  Right there.  Perfect.  Thank you.

THE WITNESS:  Yes.  I was aware that she was contacting Social Work and then Risk Management.

BY MS. RICKERT:

Q.   How were you -- sorry, strike that.

How did you learn that Ms. Moschell was contacting the social worker and then Risk Management?

A.   She told me.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JORDAN CARRINO, taken on December 11, 2023

Q. And what -- did she give you a reason for why she was doing so?

A. Well, there was a consult. There was an order, like a consult for Social Work to be consulted on the patient's care. So she reached out to the social worker.

Q. And did she tell you what the reason was for contacting Risk Management?

A. She didn't specifically tell me the reason she contacted Risk Management. It was my understanding that, like we discussed before, Connie was trying to figure out the location of the fetus or how to get the fetus to the hospital potentially.

Q. Did she tell you the same thing that's written? The last sentence of this note that says, "Advised by Risk Management to contact Warren City Police to investigate the possibility of the infant being in a bucket at the patient's residence."

Did she tell you that?

A. Yes.

Q. And did you believe that Risk Management had given her that advice?

A. I had no reason to doubt that they gave her that advice.

Q. Did you have any feelings about the police

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com