# EXHIBIT P – CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER