**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRITTANY WATTS,<br><br>Plaintiff,<br><br>vs.<br><br>BON SECOURS MERCY HEALTH, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 4:25-CV-00049<br><br>JUDGE: SARA LIOI<br><br>**JOINT STATUS REPORT TO COURT** |

The parties, by and through their respective undersigned counsel, submit this joint status report pursuant to this Court's Case Management Plan and Trial Order (Doc. 69). The parties provide the following update to the Court:

**I. Case Management Schedule**

*a. Expert Discovery*

Pursuant to the scheduling order, expert discovery is scheduled to close on August 18, 2026. (Order, July 1, 2026). The parties have completed depositions of all Rule 26(a)(2)(B) experts and are on track to finish discovery by the discovery deadline.

*b. Dispositive Motions Deadline*

Defendants filed their motions for summary judgment. Docs. 113 and 114. Plaintiff's responses are due on September 8, 2026, and Defendants' replies are due September 25, 2026. (Order, July 1, 2026). Although Plaintiff has begun working on her response, she anticipates she needs more time due to professional obligations in other cases, including a summary judgment response and motions *in limine* and responses, and a pretrial order due on August 21, August 29, and September 4, respectively, in *Weston v. City of Chicago*, (N.D. Ill.); expert disclosures due in

*Gable v. Ackom, et al.*, (D. Or.) due on August 25, 2026; fact discovery deadline in *Pittman v. Halloran, et al.*, (N.D. Ill.) on August 31, 2026; an appellate brief due in *Williams v. Ritchey*, No. 26-12356 (11th Cir.); and *Crespo, et al. v. Franco, et. al*, No. 22-cv-07345 (SDNY) due on September 11, 2026. In addition, multiple members of Plaintiff's team (attorneys and paralegals) will be absent due to pre-scheduled vacations between September 2 and September 22. As a result, Plaintiff requests a three-week extension to file her response. Defendants do not oppose this request. Plaintiff proposes the following amended briefing schedule: Plaintiff's response is due by September 29, 2026; Defendants' replies are due by October 16, 2026.

**II. Settlement Discussions**

The parties have not had additional settlement discussions since the parties last reported at the March 27, 2026 status hearing that additional settlement discussions were unlikely to be productive. *See* Doc. 80 at 2.

Respectfully submitted:

*s/ Renee Spence*
JON LOEVY
TESS KLEINHAUS
JULIA RICKERT
RACHEL BRADY
RENEE SPENCE
Loevy + Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 – Fax
spence@loevy.com
*Counsel for Plaintiff*

*s/ Thomas Prislipsky*
THOMAS A. PRISLIPSKY (0067623)
Reminger Co., LPA
950 Windham Court, Suite 200
Youngstown, OH 44512
(330) 744-1311

*s/ John Pinzone*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
Mazanec, Raskin and Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 - Fax
jpinzone@mrrlaw.com
jeckart@mrrlaw.com
zanderson@mrrlaw.com
*Counsel for Defendants City of Warren, Ohio and Nicholas Carney*

(330) 744-7500 – Fax
tprislipsky@reminger.com

PATRICK KASSON (0055570)
CHLOE SCHELHAAS (0105919)
Reminger Co., LPA
955 Yard Street Suite 330
Columbus, OH 43212
(614) 228-1311
(614) 232-2410
pkasson@reminger.com
*Counsel for Defendants Bon Secours Mercy Health, Mercy Health Youngstown LLC dba St. Joseph Warren Hospital, Connie Moschell, Fred Raines, Suzanne Zupko, Jordan Carrino and Parisa Khavari*